BRIDGES and another *v.* CANFIELD and others.

SAME *v.* CANFIELD and others.

Where non resident complainants give security for costs and one of the sureties becomes insolvent, a new one must be added and proceedings stayed until it is done.

*July* 14. 1834.

*Practice.*
*Security for costs.*

Complainants were non residents. They had been required to give the usual security for costs. This had been done: but one of the sureties in both suits had become insolvent. An application was now made, through an affidavit, " that the complainants file new or further security for costs in each suit in such sum as the court may be pleased to direct and that until such security be filed and the surety, if excepted to, shall have justified, all proceedings on the part of the complainants be stayed or for such furthe ror-der," &c.

THE VICE-CHANCELLOR granted the application,

Mr. *O. Bushnell* moved.

Mr. *W. S. Sears* opposed.

FAIRBANKS *v.* FAIRBANKS.

In divorce cases, the original testimony taken before a master is to be filed with his report and the court will not be satisfied with a copy.

*August* 11. 1834.

*Practice.*
*Divorce.*
*Testimony taken before master.*

This was a case of divorce ; where there had been a reference to a master and he had returned a copy of the testimony with his report. THE VICE-CHANCELLOR wished it to be understood that in future, he should require the original depositions, taken before masters, in divorce cases, to be annexed to the report and filed in the clerk's office : for, although they were, no doubt, always preserved by the masters, yet they would be safer upon the files of the court and be then readily got at in case of any false swearing.